P&P File Number P60415

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ SEP 0 1 2004 ★

BROOKLYN OFFICE

*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF NEW YORK*
*BROOKLYN OFFICE*

---

JOSHUA PACHT

        Plaintiff

vs.

PRESSLER and PRESSLER, P.A.

        Defendant

DOCKET NUMBER: CV03-6056

**ORDER OF JUDGMENT PURSUANT TO F.R. Civ. P. 68**

---

TO:    KATZ & KLEINMANN PLLC
        LAWRENCE KATZ, ESQUIRE
        165 EAB PLAZA
        UNIONDALE, NY 11556

    Defendant hereby offers to enter judgment by consent in favor of the plaintiff and against the defendant in the amount of $2,500.00 plus all costs accrued to date hereof and reasonable attorneys fees to be fixed by consent or by the Court.

By: ___COPY___ MLW
      MITCHELL L. WILLIAMSON
      PRESSLER AND PRESSLER
      16851 Jericho Turnpike, Suite 190
      SYOSSET, NY 11791

Date: July 12, 2004

# KATZ & KLEINMAN PLLC
ATTORNEYS AT LAW
165 EAB PLAZA
UNIONDALE, NEW YORK 11556-0165

TELEPHONE
(516) 522-2621

FACSIMILE
(516) 522-2890

July 28, 2004

**VIA FACSIMILE AND USPS**
Mitchell L. Williamson, Esq.
Pressler and Pressler
16 Wing Drive
Cedar Knolls, New Jersey 07927

Re: **Pacht v. Pressler and Pressler**
**United States District Court, Eastern District of New York**
**CV 03 6056 (RJD)(JMA)**

Dear Mr. Williamson:

Please be advised that the plaintiff does hereby accept the offer of judgment.

Very truly yours,

Lawrence Katz

## CERTIFICATE OF SERVICE

I, Mitchell I. Williamson, certify that on August 31, 2004, I sent via FEDEX overnight delivery a copy of the attached letter and along with a copy of the Defendant's Offer of Judgment and Plaintiff's Acceptance letter to:

Lawrence Katz, Esquire
Katz & Kleinmann PLLC
165 EAB Plaza
Uniondale, NY 11556

_____
Mitchell L. Williamson, Esquire
Pressler & Pressler
ATTORNEY FOR DEFENDANT
16851 Jericho Turnpike, Suite 190
Syosset, N.Y 11791